# Court of Appeals
# of the State of Georgia

ATLANTA,____March 17, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1102.  DANIEL EUGENE LOFTON v. THE STATE.**

In August 2008, Daniel Eugene Lofton pled guilty to armed robbery and other crimes.  Less than a month later, he filed a motion to withdraw the plea.  On January 19, 2016, Lofton filed a notice of appeal indicating his wish to appeal the trial court's January 5, 2016 order denying his motion to withdraw.  That order, however, is not included in the record, as it apparently was never filed with the trial court clerk.  This case is therefore REMANDED to the trial court for completion of the record. Upon completion, the clerk is directed to transmit the complete record to this Court for re-docketing of the appeal. Lofton need not file a second notice of appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*____03/17/2016____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*